

EXHIBIT

A

# MINUTES

## OF THE SPECIAL MEETING OF THE BOARD OF DIRECTORS OF CURB APPEAL QC, INC., an Illinois corporation

(meeting held on the 3rd day of March, 2022 at 4:00 o'clock p.m. at DAVENPORT, IA pursuant to Waiver of Notice of Meeting)

The following persons, being all the Directors of the Corporation, were present in person:

> Richard McClintock
> Caleb Mueting
> David Mueting

On motion made, seconded and unanimously carried, **CALEB MUETING** was chosen Chairman of the meeting, and **DAVID MUETING** was chosen Secretary of the meeting.

The Secretary presented and read the Waiver of Notice pursuant to which this meeting of Board of Directors was held. On motion, it was ordered to be spread upon the records of the Corporation immediately preceding the minutes of this meeting.

The first order of new business to come before the meeting of the Directors was a discussion of the sale of 52.35 shares of Richard McClintock's stock in the Corporation to Caleb Mueting as of March 3, 2022, and the sale of 66.15 additional shares of Richard McClintock's stock in the Corporation to David Mueting as of March 3, 2022, constituting all of Richard McClintock's remaining shares of stock in the Corporation. An offer to purchase said shares has been made by Caleb Mueting in the amount of $7,950.60 for his shares and David Mueting in the amount of $10,049.40 for his shares, for a total of $18,000.00. Thereupon, upon motion duly made and seconded, the following resolutions were approved:

"*RESOLVED* that Richard McClintock shall sell 52.35 shares of stock in the Corporation, to Mr. Caleb Mueting, for a purchase price of $7,950.60."

"*FURTHER RESOLVED* that Richard McClintock shall sell 66.15 shares of stock in the Corporation, to Mr. David Mueting, for a purchase price of $10,049.40."

"*FURTHER RESOLVED* that the Corporation and all shareholders individually executed an Acknowledgement and Consent to Sale of Stock on March 3, 2022 consenting to the sale of said 118.5 shares of stock, and that they waived any rights afforded to them under the Stock Redemption and Stock Repurchase Agreement in regards to this sale."

"*FURTHER RESOLVED* that after the sale of the stock, Mr. Caleb Mueting will own 708.6 shares (60%) of stock in Curb Appeal QC, Inc., and the Secretary shall ensure that said stock certificates are transferred on the Corporation's record books."

"*FURTHER RESOLVED* that after the sale of the stock, Mr. David Mueting will own 472.40 shares (40%) of stock in Curb Appeal QC, Inc., and the Secretary shall ensure that said stock certificates are transferred on the Corporation's record books."

"*FURTHER RESOLVED* that after the sales to Caleb and David Mueting, Mr. Richard McClintock will no longer have any owned shares of stock in Curb Appeal QC, Inc., and the Secretary shall ensure that said stock certificates are transferred on the Corporation's record books."

The next order of business to come before the meeting was the election of Officers for the coming year. The following slate of officers was proposed by the entire meeting and unanimously approved:

| NAME | OFFICE |
|---|---|
| Caleb Mueting | President |
| David Mueting | Vice President |
| Carilyn Swartout | Secretary/Treasurer |

Said Directors are to serve for the term provided in the Bylaws or until their successors shall have been elected and qualified.

There being no further business to come before the meeting, upon motion duly made, seconded and unanimously adopted, the meeting was adjourned.

_____
DAVID MUETING, Secretary

## ACKNOWLEDGMENT AND CONSENT TO SALE OF STOCK

**We, Curb Appeal QC, Inc. and Richard McClintock, Caleb Mueting, and David Mueting,** comprising all the shareholders of said corporation, hereby acknowledge that Richard McClintock desires to sell 118.5 shares, constituting all of his remaining shares of stock in Curb Appeal QC, Inc., to Caleb Mueting and David Mueting, the only remaining current shareholders, in an amount of 52.35 shares to Caleb Mueting and 66.15 shares to David Mueting.

**We further acknowledge** that said sale implicates certain rights in favor of Curb Appeal QC, Inc., and Richard McClintock, Caleb Mueting, and David Mueting, and implicates certain required procedures to take place under a Stock Redemption and Stock Purchase Agreement entered into by the parties on March 10, 2014.

**Wherefore,** the undersigned Corporation and shareholders hereby waive any rights under the Stock Redemption and Stock Purchase Agreement relating to this proposed sale, and consent to the sale of said 118.5 shares of stock from Richard McClintock to Caleb Mueting and David Mueting, and further waive the use of the formal requirements for sales of stock to a third party stated under the Stock Redemption Stock Purchase Agreement relating to this proposed sale.

Dated this 3rd day of March, 2022, at Davenport, Iowa.

CURB APPEAL QC, INC.

_____
By: Caleb Mueting, President

SHAREHOLDER(S)

_____
David Meuting

_____
Caleb Mueting

_____
Richard McClintock